# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY CLEMENS,** <br> **Plaintiff,** <br> v. <br> **WARDEN SCI GREENE,** *et al.*, <br> **Defendants.** | **CIVIL ACTION NO. 16-4820** |

## ORDER

**AND NOW**, this 20th day of February 2018, upon consideration of the Amended Complaint [Doc. Nos. 9, 11], the Motion to Dismiss the Amended Complaint [Doc. No. 18], the responses thereto, and Plaintiff's Motions for Leave to File Amended Complaints [Doc. Nos. 19, 21, 25],[1] it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss [Doc. No. 18] is **GRANTED**.

2. Plaintiff's Motions for Leave to File Amended Complaints [Doc. Nos. 19, 21, 25] are **DENIED**.

3. Plaintiff may file an Amended Complaint consistent with the limitations set forth in the accompanying Memorandum Opinion issued this day by **March 7, 2018**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

---

[1] Although these filings are labeled as amended complaints, Plaintiff did not seek leave of Court to amend. By a prior Order dated May 19, 2017, the Court explained that it would therefore construe such filings as motions for leave to file amended complaints.